MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Scott T. Jones
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMBREA M. BISHOP,<br><br>Defendant. | **2:16-CR-194-SAB**<br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Count 1)<br><br>18 U.S.C. §§ 922(j), 924(a)(2)<br>Possession of a Stolen Firearm<br>(Count 2)<br><br><u>Forfeiture Allegations</u>: 18 U.S.C.<br>§ 924 and 28 U.S.C. § 2461 |

The Grand Jury Charges:

COUNT 1

On or about September 23, 2016, in the Eastern District of Washington, the Defendant, CAMBREA M. BISHOP, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus PT738 .380 caliber pistol bearing serial number 29806B, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT – 1

COUNT 2

On or about September 23, 2016, in the Eastern District of Washington, the Defendant, CAMBREA M. BISHOP, did possess a stolen firearm, to wit: a Taurus PT738 .380 caliber pistol bearing serial number 29806B, which firearm had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

2. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A) and/or 18 U.S.C. § 922(g) as set forth in this Indictment, Defendant CAMBREA M. BISHOP, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s).

DATED this _6_ day of December, 2016.

A TRUE BILL

*/s/ Michael C. Ormsby*

MICHAEL C. ORMSBY
United States Attorney

*/s/ Scott T. Jones*

Scott T. Jones
Assistant United States Attorney

INDICTMENT – 2