PENALTY SLIP

DEFENDANT NAME:   **CAMBREA M. BISHOP**

TOTAL NO. COUNTS:  2

**VIO: 18 U.S.C. §§ 922(g)(1), 924(a)(2)**
**Felon in Possession of a Firearm (Count 1)**

PENALTY: **CAG not more than 10 years;**
**and/or $250,000 fine;**
**3 years supervised release;**
**a $100 special penalty assessment**

**VIO: 18 U.S.C. §§ 922(j), 924(a)(2)**
**Possession of a Stolen Firearm (Count 2)**

PENALTY: **CAG not more than 10 years;**
**and/or $250,000 fine;**
**3 years supervised release;**
**a $100 special penalty assessment**

**FORFEITURE ALLEGATIONS**

CASE NO.  **2:16-CR-194-SAB-1**

AUSA INITIAL   STJ