UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CAMBREA M. BISHOP,<br><br>               Defendant. | NO.  2:16-cr-00194-SAB<br><br>ORDER SETTING PRE-TRIAL DEADLINES AND TRIAL DATE |

      PLEASE TAKE NOTICE, as indicated below, the jury trial and pre-trial conference in the above captioned matter have been scheduled before Judge Stanley A. Bastian. Counsel for the defense shall notify the Defendant and ensure his attendance.

      All pre-trial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **January 6, 2017,** and noted for hearing at the pre-trial conference. Any response to a pre-trial motion shall be filed and served in accordance with Local Rule 7.1. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

      The Pre-trial Conference/Motions Hearing is scheduled for **January 13, 2017,** at **9:00 a.m.,** at the United States Courthouse in Spokane, Washington.

      Continuances will not be granted absent good cause. The first request for a continuance of the trial date may be considered without a hearing if the written motion specifically indicates the following: (1) all parties agree to the

ORDER SETTING PRE-TRIAL DEADLINES AND TRIAL DATE - 1

request, (2) the defense attorney has had at least one meeting with the defendant, and (3) the defendant agrees to the request and has signed a speedy trial waiver. All subsequent requests for a continuance of the trial date must be scheduled for a court hearing.

Trial briefs, proposed voir dire, jury instructions, verdict forms, <u>exhibit lists, expert witness lists, and summaries of expert testimony</u> shall be filed and served by all parties on or before seven (7) calendar days prior to trial. The jury trial in this matter is scheduled for **February 6, 2017,** at the United States Courthouse in Spokane, Washington. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

**DATED** this 12th day of December, 2016.



Stanley A. Bastian
United States District Judge

ORDER SETTING PRE-TRIAL DEADLINES AND TRIAL DATE - 2